**UNITED STATES of America,**
**Plaintiff–Appellee**

v.

**Marco Antonio ORTIZ–VARELA,**
**Defendant–Appellant.**

**Nos. 14–51188, 14–51191**
**Conference Calendar.**

United States Court of Appeals,
Fifth Circuit.

Aug. 18, 2015.

Joseph H. Gay, Jr., Assistant U.S. Attorney, U.S. Attorney's Office, San Antonio, TX, for Plaintiff–Appellee.

Laura G. Greenberg, Assistant Federal Public Defender, Maureen Scott Franco, Federal Public Defender, Federal Public Defender's Office, San Antonio, TX, for Defendant–Appellant.

Before JOLLY, GRAVES, and COSTA, Circuit Judges.

PER CURIAM: *

Appealing the judgments in criminal cases, Marco Antonio Ortiz–Varela raises an argument that is foreclosed by *United States v. Martinez–Lugo,* 782 F.3d 198, 204–05 (5th Cir.2015), *petition for cert. filed* (June 19, 2015) (No. 1410355). In *Martinez–Lugo,* 782 F.3d at 204–05, we held that an enhancement under U.S.S.G. § 2L1.2(b)(1)(A)(i) for a prior conviction of a drug trafficking offense is warranted regardless whether the conviction for the prior offense required proof of remuneration or commercial activity.

The motion for summary affirmance is GRANTED, the alternative motion for an extension of time to file a brief is DENIED, and the judgments of the district court are AFFIRMED.

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.